Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 20-10008-AMC

Diane L Lighty  
2433 Edgewood Street  
Philadelphia  PA    19142

Petition Filed Date: 01/02/2020  
341 Hearing Date: 02/07/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2020 | $200.00 | 77725168411 | 03/10/2020 | $200.00 | 69781964274 | 04/20/2020 | $100.00 | 77733619117 |
| 06/03/2020 | $100.00 | 77733628566 | 06/03/2020 | $100.00 | 77733628544 | 06/22/2020 | $100.00 | 19116261144 |
| 06/22/2020 | $100.00 | 19116261143 | 07/15/2020 | $100.00 | 19107264163 | 07/15/2020 | $100.00 | 77733657540 |
| 08/03/2020 | $100.00 | 19107264223 | 08/03/2020 | $100.00 | 19107264220 | | | |

**Total Receipts for the Period: $1,300.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Diane L Lighty | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,300.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($200.00) |
| Paid to Trustee: | $124.80 | Total Plan Base: | $14,495.00 |
| Funds on Hand: | $1,175.20 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.