```
          IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                   :      CHAPTER 13
                              :
     Diane L. Lighty          :      No. 20-10008-AMC
       Debtor                 :
```

<u>ANSWER TO MOTION OF U.S. BANK NATIONAL ASSOCIATION FOR RELIEF
FROM THE AUTOMATIC STAY</u>

Debtor, by Attorney David M. Offen respectfully submit the following:

This case presents an issue whereby the debtor had a previous bankruptcy. PHFA notified the debtor that the issue that prevented a loan modification from being approved is that the liens on the property needed to be handled. The debtor filed a new bankruptcy in this case proposing to pay off the liens in full inside the Chapter 13 plan and get a loan modification. PHFA says that the liens cannot just be paid in full in a confirmed plan but must be paid off in full prior to the distribution of any modification funds. If the monies owed on the liens could be paid off then PHFA indicated that the debtor could get a loan modification. Debtor's counsel seeks an approach to allow the liens to be paid off and in conjunction with the same to allow the debtor to get the loan modification.

WHEREFORE, the Debtor respectfully requests that the Movant's Motion for Relief be DENIED.

Respectfully submitted,

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 9/1/20

<u>CERTIFICATE OF SERVICE</u>

The following has been served by electronic mail:

Rebecca Solarz on behalf of U.S. Bank, N.A.

<u>Bkgroup@kmllawgroup.com</u>

                                         <u>/s/ David M. Offen</u>
                                         David M. Offen
                                         Attorney for Debtor

Dated: 9/1/20