IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|  | : |  |
| Diane L Lighty | : | No.  20-10008-amc |
| Debtor | : |  |

**CERTIFICATION OF NO RESPONSE TO**
**APPLICATION FOR COMPENSATION OF ATTORNEY FEES**

I hereby certify that I have received no answer, objection or other responsive pleading to

the Application for Compensation of Attorney Fees and respectfully request that the Order

attached to the Application be approved.


/s/  David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Dated: 02/09/2021                    Philadelphia, PA  19106
215-625-9600