IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                :    CHAPTER 13

Diane L. Lighty aka   :    NO. 20-10008-AMC
Diane L. McNeair

### OBJECTION TO CERTIFICATE OF DEFAULT AND CERTIFICATE OF SERVICE

Debtor, by her counsel, objects to the certificate of default and requests the Court not enter an order and to please hold a hearing due to the following:

Debtor has mailed in payments and we ask that the Court hold off on granting the relief requested.

/s/David M. Offen
David M. Offen
Attorney for Debtor
601 Walnut Street, Suite 160
Philadelphia, Pa. 19106
215-625-9600
info@offenlaw.com

A copy of this Objection is being served on Rebecca A. Solarz, Esq. and the Chapter 13 Trustee.

/s/ David M. Offen
David M. Offen
Attorney for Debtor