*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Diane L Lighty
    Debtor(s)

Case No: 20–10008–amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certificate of Default filed by US Bank, National Association as Trustee for Pennsylvania Housing Finance Agency and Objection filed by the Debtor

    on: 6/2/21

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/27/21

Timothy B. McGrath
Clerk of Court

45 – 43, 44
Form 167