| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-10008-AMC**

Diane L Lighty  
2433 Edgewood Street  
Philadelphia  PA     19142

Petition Filed Date: 01/02/2020  
341 Hearing Date: 02/07/2020  
Confirmation Date: 11/04/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2020 | $200.00 | 77725168411 | 03/10/2020 | $200.00 | 69781964274 | 04/20/2020 | $100.00 | 77733619117 |
| 06/03/2020 | $100.00 | 77733628566 | 06/03/2020 | $100.00 | 77733628544 | 06/22/2020 | $100.00 | 19116261144 |
| 06/22/2020 | $100.00 | 19116261143 | 07/15/2020 | $100.00 | 19107264163 | 07/15/2020 | $100.00 | 77733657540 |
| 08/03/2020 | $100.00 | 19107264223 | 08/03/2020 | $100.00 | 19107264220 | 08/25/2020 | $100.00 | 77758804123 |
| 10/06/2020 | $200.00 | 19162598891 | 11/02/2020 | $200.00 | 77758857858 | 12/04/2020 | $200.00 | 77785784770 |
| 02/02/2021 | $100.00 | 19199894662 | 03/02/2021 | $200.00 | 77794864103 | 05/03/2021 | $100.00 | 77794877710 |
| 05/03/2021 | $100.00 | 77785765960 | | | | | | |

**Total Receipts for the Period:  $2,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Diane L Lighty | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES LLC<br>»» 001 | Unsecured Creditors | $1,091.75 | $0.00 | $1,091.75 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,039.21 | $0.00 | $1,039.21 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $291.17 | $0.00 | $291.17 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $397.74 | $0.00 | $397.74 |
| 5 | CW NEXUS CREDIT CARD HOLDINGS LLC<br>»» 005 | Unsecured Creditors | $733.35 | $0.00 | $733.35 |
| 6 | ASHRO LIFESTYLE<br>»» 006 | Unsecured Creditors | $226.73 | $0.00 | $226.73 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $4,783.72 | $0.00 | $4,783.72 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $1,433.61 | $0.00 | $1,433.61 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $337.45 | $0.00 | $337.45 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $497.72 | $0.00 | $497.72 |
| 11 | PA HOUSING FINANCE AGENCY<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PHILADELPHIA GAS WORKS<br>»» 012 | Secured Creditors | $3,807.00 | $0.00 | $3,807.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,250.00 | $2,282.20 | $1,967.80 |

Chapter 13 Case No. 20-10008-AMC

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,500.00 | Current Monthly Payment: | $335.00 |
| Paid to Claims: | $2,282.20 | Arrearages: | $1,275.00 |
| Paid to Trustee: | $217.80 | Total Plan Base: | $14,495.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.