```
             IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                    :      Chapter 13


     Diane L Lighty            :      No.  20-10008-AMC
        Debtor
```

**PRAECIPE TO WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Reply to Certification of Default filed by Creditor US BANK, NATIONAL ASSOCIATION, (AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY), Document Number 44, filed on April 26, 2021.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  July 6, 2021