## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Diane L. Lighty aka Diane L. McNeair<br>                              Debtor(s) | |
| U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) | Chapter 13 |
| v. | |
| Diane L. Lighty aka Diane L. McNeair<br>                    and<br>Scott F. Waterman<br>                              Trustee | NO. 20-10008 AMC |

## ORDER

AND NOW, this         day of                    , 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on October 12, 2020  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2433 South Edgewood Street Philadelphia, PA 19142.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: July 7, 2021**

_____
United States Bankruptcy Judge.

cc: See attached service list

Diane L. Lighty aka Diane L. McNeair
2433 Edgewood Street
Philadelphia, PA 19142

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532